CY T. HAINEY, ESQ. (030634)
Hilltop Law Firm
P.O. Box 9096
Phoenix, Arizona 85068
Telephone and Fax -(602) 466-9631
cy@hilltoplawfirm.com
www.hilltoplawfirm.com

Of Counsel to:
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Daniel Cook and Stephanie Trzaskowski*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Cook and Stephanie Trzaskowski,<br><br>Plaintiffs,<br><br>vs.<br><br>Hunter Warfield, Inc.,<br><br>Defendant. | Case No: 2:23-cv-00008<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HUNTER WARFIELD, INC.** |

Plaintiffs and Defendant Hunter Warfield, Inc., through counsel undersigned

and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action

1

1    may be dismissed with prejudice as to Hunter Warfield, Inc., with each party to bear

2
3    its own attorneys' fees and costs.

4        DATED this 9th day of August 2023.

5                                          HILLTOP LAW FIRM

6

7                                          By:    /s/ Cy T. Hainey
8                                          Cy T. Hainey
                                           *Attorney for Plaintiffs*
9                                          *Daniel Cook and Stephanie Trzaskowski*

10

11

12                                         /s/ Lynnsee Starr
                                           Lynnsee Starr
13                                          *Attorneys for Defendant*
                                           *Hunter Warfield, Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2